**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ZUNIGA VASQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:16-cv-00448-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed March 31, 2016, Plaintiff Oscar Zuniga Vasquez seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue the summons and new case documents. The United States Marshal is directed to serve a copy of the complaint, summons, and this order upon Defendant if requested by Plaintiff.

IT IS SO ORDERED.

Dated:   **March 31, 2016**            **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE